UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST FUND - DETROIT & VICINITY;
LABORERS VACATION & HOLIDAY TRUST FUND - DETROIT & VICINITY; LABORERS METROPOLITAN DETROIT HEALTH & WELFARE FUND;
LABORERS ANNUITY FUND - DETROIT & VICINITY; and the
MICHIGAN LABORERS TRAINING FUND, trust funds established under,
and administered pursuant to, federal law,

    Plaintiffs,

v.                                                              CASE NO. 11-12499
                                                             HON. PATRICK J. DUGGAN

FERGUSON'S ENTERPRISES, INC.
a domestic Michigan corporation,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFFS'
MOTION FOR ALTERNATIVE SERVICE**

    At a session of said Court, held in the City of Detroit, in the Theodore Levin U.S. Courthouse, on September 6, 2011.

    HON. PATRICK J. DUGGAN
        UNITED STATES DISTRICT JUDGE

    Based upon Plaintiffs' Motion for Alternative Service, with Brief and Affidavit filed in support thereof,

    IT IS HEREBY ORDERED THAT

    Plaintiffs' Motion for Alternative Service is hereby GRANTED and Plaintiffs shall be permitted to obtain service on defendant Ferguson's Enterprises, Inc., by posting a copy of the Summons, Complaint and Order Granting Plaintiffs' Motion for Alternative Service, on the front door the of the residence of defendant's President and resident agent, Bobby W. Ferguson, located

at 18944 Bretton, Detroit, Michigan, 48223, or, alternatively, by leaving said Summons, Complaint and Order Granting Plaintiffs Motion for Alternative Service with any responsible adult at that location, and also by mailing a copy of said documents by regular mail to defendant at the same address.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: September 6, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 6, 2011, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager